UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| ERIC JOHNSON, on behalf of himself and others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RECEIVABLE SOLUTIONS, INC.,<br><br>　　　　　　　Defendant. | Case No.: 4:17-cv-01635 |

## NOTICE OF VOLUNTARY DISMISSAL

Eric Johnson voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 27, 2017

*/s/ Anthony LaCroix*
Anthony LaCroix
LaCROIX LAW FIRM, LLC
406 W. 34th Street, Suite 810
Kansas City, MO  64111
Telephone:  816.399.4380
Tony@lacroixlawkc.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing to be filed electronically with the Court's ECF system on June 27, 2017, which will cause a copy to be served on all counsel of record.

*/s/* Anthony LaCroix
Anthony LaCroix