UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

---------------------------------------------------------- x
ERIC JOHNSON, on behalf of himself and : Case No.: 4:17-cv-01635
others similarly situated, :
 :
                Plaintiff, :
 :
vs. :
 :
RECEIVABLE SOLUTIONS, INC., :
 :
                Defendant. :
---------------------------------------------------------- x

*So Ordered*
*[signature] USDJ*
*6/28/17*

## NOTICE OF VOLUNTARY DISMISSAL

Eric Johnson voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 27, 2017

                */s/ Anthony LaCroix*
                Anthony LaCroix
                LaCROIX LAW FIRM, LLC
                406 W. 34th Street, Suite 810
                Kansas City, MO  64111
                Telephone: 816.399.4380
                Tony@lacroixlawkc.com

                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing to be filed electronically with the Court's ECF system on June 27, 2017, which will cause a copy to be served on all counsel of record.

                */s/ Anthony LaCroix*
                Anthony LaCroix